ELIZABETH HENEHAN, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Appeal from a judgment in favor of the plaintiff and against the defendant in the sum of $717.55 entered upon the verdict of a jury at the Broome Trial Term of Supreme Court. The action is to recover under an accidental death benefit provision of a life insurance policy. The insured was a patient at the Veterans Administration Facility at Bath, N. Y. suffering from a severe heart condition. On October 31, 1938, he died from injuries received in a fall from a window of his room on the fourth floor. The defendant contended that the insured committed suicide and also that the heart condition was an indirect cause of death. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

MILLER CHEMICAL & FERTILIZER CORPORATION, Appellant, v. MAUDE C. BABCOCK, Respondent.— Appeal from an order denying plaintiff's motion to strike out certain defenses and for judgment under rule 113 of the Rules of Civil Practice. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of LOUIS K. MAYLENDER, JR., Appellant, against JOHN T. MORRISON and RICHARD H. LEE, Constituting the Board of Elections of the County of Fulton, and ARCHIBALD WANDS, as City Clerk of the City of Johnstown, Respondents.— Appeal from an order of the Supreme Court for Fulton county, entered September 25, 1940, which dismissed a petition for an alleged amendment to the charter of the city of Johnstown. The trial court held that the petition did not present an amendment, as contemplated by section 19-a of the City Home Rule Law, but was in effect a proposal to create a new city charter. In our view a mere inspection of the document presented sustains this decision. Order appealed from unanimously affirmed, with costs. Solely upon appellant's request we hereby certify that a question of law is presented which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

(October 4, 1940.)

In the Matter of Supplementary Proceedings: LEWIS GOLDMEER, Judgment Creditor, v. CELIA ROTHSTEIN PIANSKY and BROADWAY VICTORIA HOTEL, INC., Judgment Debtors.— Motion to dismiss appeal granted, by default. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.